UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
August 29, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>            Plaintiff,                         )<br>v.                                                        )<br>                                                              )<br>JAMESON K. KEPA,                          )<br>                                                              )<br>            Defendant.                      )<br>_____) | Case No. 2:11-CR-00328-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMESON K. KEPA, Case No. 2:11-CR-00328-KJM, Charge Title 18 USC § 2252(a)(4)(b), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ 50,000    (Co-signed)

   ✔   Unsecured Appearance Bond

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

   ✔   (Other)        With pretrial supervison and conditions of release as stated on the record in open court. USM to release dft to Pretrial Services on tomorrow morning, 8/30/11, at 9:00 a.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 29, 2011  at  3:15  pm.

By _____
Dale A. Drozd
United States Magistrate Judge