JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
LEXI NEGIN, BAR #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMESON K. KEPA

**FILED**

MAY 01 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ CS
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-11-328 KJM |
| Plaintiff, | [PROPOSED] ORDER TO SEAL DOCUMENTS |
| v. | |
| JAMESON K. KEPA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal be granted and that the documents and the request be filed under seal, permitting Assistant United States Attorney Matthew Morris access to these documents.

Dated: ~~April~~ May 1, 2013

_____
KIMBERLY J. MUELLER
United States District Court Judge